# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

149789(28)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BILLY JO ORRICK,
      Defendant-Appellant.

SC: 149789
COA: 321499
Berrien CC: 2011-016332-FC

_____/

      On order of the Chief Justice, the motion of defendant-appellant to file a supplement to his motion for reconsideration is GRANTED.  The supplement submitted on September 22, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2016



Clerk